## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## HONORABLE MARCIA S. KRIEGER

Courtroom Deputy:   Patricia Glover         Date: November 19, 2007
Court Reporter:     Paul Zuckerman
Interpreter:        Adriana Weisz

Criminal Action No. 07-cr-00345-MSK

*Parties*:                              *Counsel*:

UNITED STATES OF AMERICA,               Kasandra Carleton

       Plaintiff,

v.

CRISTOBAL ULISES CARRASCO-              Janine Yunker
TORRES,

       Defendant.

---

## ARRAIGNMENT AND CHANGE OF PLEA HEARING

---

**9:36 a.m.**      **Court in session.**

Defendant present in custody.

Interpreter sworn.

The Court addresses the motions at Docket Nos. 17 and 18 with defendant and defendant's attorney.

**ORDER:**      Defendant's motion to withdraw **(Doc. #17)** is **GRANTED.**

**ORDER:**      Defendant's combined Motion Requesting Withdraw and Appointment of Counsel **(Doc. #18)** is **GRANTED.**

**ORDER:**      New CJA counsel have 20 days from the date of appointment to review the plea agreement and either to request the setting of a hearing on the plea agreement or to request the setting of trial.

**ORDER:**       Defendant is remanded to the custody of the United States Marshal through the sentencing hearing.

**9:50 a.m.**      **Court in recess.**

**Total Time:    14 minutes.**
**Hearing concluded.**