UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 07-cr-00345-MSK

UNITED STATES OF AMERICA,

       Plaintiff,

v.

CRISTOBAL ULISES CARRASCO-TORRES,

       Defendant.

---

## ORDER SETTING LAW AND MOTION HEARING

---

**IT IS ORDERED** that a hearing is set on the law and motion calendar of Judge Marcia S. Krieger to be held on **December 18, 2007 at 4:30 p.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado. The matter is set for a non-evidentiary hearing of not more than 15 minutes. Counsel shall *bring their calendars.* The parties shall be prepared to address whether the Defendant intends to proceed with his Notice of Disposition (**#15**), or whether the matter should be set for trial.

       Dated this 12th day of December, 2007

                         **BY THE COURT:**

                         _____

                         Marcia S. Krieger
                         United States District Judge