UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 07-cr-00345-MSK

UNITED STATES OF AMERICA,

      Plaintiff,

v.

CRISTOBAL ULISES CARRASCO-TORRES,

      Defendant.

___

## ORDER AND NOTICE OF EVIDENTIARY HEARING
___

THIS MATTER comes before the Court on Defendant's First Motion to Suppress **(#27)** filed December 21, 2007, and the Government's Brief in Opposition {#29}. Based thereon,

**IT IS ORDERED** that:

(1)   A two-hour evidentiary hearing is set for **January 31, 2008,** at **9:00 a.m.** in Courtroom A901 of the United States Courthouse located at 901 19th Street, Denver, Colorado.

(2)   To enable the parties to prepare for the hearing, any party intending to offer exhibits or call witnesses at the hearing shall, at least **three business days prior to the hearing**, provide copies of all proposed exhibits (pre-marked) and a list of witnesses to all counsel.

(3)   Evidence will not be received by telephone or declaration, nor will parties be permitted to appear by telephone.

DATED this 2nd day of January, 2008.

BY THE COURT:

_Marcia S. Krieger_

Marcia S. Krieger
United States District Judge